IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO 10-09025-MCF |
|---|---|
| GLORIA E. QUINONES ZAYAS | CHAPTER 13 |
| DEBTOR | |

**MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN**

TO THE HONORABLE COURT:

**COMES NOW** debtor in the above captioned case through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated November 7, 2011, herewith and attached to this motion.

2. The debtor has been experiencing some economic problems which have caused her to accumulate some post-petition arrears with USDA Rural and Chapter 13 payment Plan.

3. The debtor is able again to commence making current payments to the Plan, and in order to cure the arrears debtor will require the modification of her confirmed Plan.

**WHEREFORE** debtor respectfully requests the allowance of the requested modification of Plan dated November 7, 2011.

NOTICE

**Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the**

Gloria E. Quinones Zayas
10-09025-MCF
PAGE 2

District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Gloria E. Quinones Zayas; and to all creditors and parties in interest in the present case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this day 7th of November, 2011.

/s/ *Roberto Figueroa Carrasquillo*
USCD-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL (787)744-7699 FAX (787)746-5294
EMAIL rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                  Case No. **10-09025-13**

**QUINONES ZAYAS, GLORIA ESTHER**                  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 11/7/2011                            ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 300.00 x 11 = $ 3,300.00
$ 0.00 x 2 = $ 0.00
$ 360.00 x 47 = $ 16,920.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

                TOTAL: $ 20,220.00

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

       PROPOSED BASE: $ **20,220.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: _[signature]_
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **USDA RUR DEV**    Cr. **USDA RUR DEV**    Cr. ____
# **35009091**            # **Post-Petition 9091**      # ____
$ **11,207.78**        $ **1,814.28**        $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIA BERRIC** Cr. ____      Cr. ____
# **1204359901**          # ____             # ____
$ **1,289.32**          $ ____             $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____        Cr. ____        Cr. ____
# ____          # ____          # ____
$ ____          $ ____          $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **USDA RUR DEV**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
                ☐ Paid 100% / ☐ Other: ____
Cr. ____    Cr. ____    Cr. ____
# ____      # ____      # ____
$ ____      $ ____      $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Muebleria Berrios thru the Trustee in the sum $30.00 per month for the next eight months or until confirmation.

*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**         Phone: **(787) 744-7699**

QUINONES ZAYAS, GLORIA ESTHER
PO BOX 1800
LAS PIEDRAS, PR  00771

USDA RUR DEV
PO BOX 66889
SAINT LOUIS, MO  63166

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366

DPTO TRANSPORTACION Y OBRAS
PUBLICAS
BOX 41269
SAN JUAN, PR  00940-1269

INTLHOM PROD
PO BOX 363885
SAN JUAN, PR  00936-3885

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

LIBERTY CABLEVISION-PR
PO BOX 8759
CAGUAS, PR  00726-8759

MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674