IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-09025 MCF |
|---|---|
| GLORIA E QUINONES ZAYAS | |
| DEBTOR (s) | CHAPTER 13 |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

COMES NOW, **GLORIA E QUINONES ZAYAS** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor his changed his postal address as follows:

   **URB. COLINAS DEL ESTE
   CALLE ZEUS
   BUZON 1082
   JUNCOS, PR 00777**

**WHEREFORE**, debtor respectfully requests from this Honorable Court take notice of the foregoing and Order the Clerk's office to amend and correct the aforementioned information.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF

Participant: debtor, Gloria E Quinones Zayas; and to all creditors appearing in the amended master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 9th day of November, 2011.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net

QUINONES ZAYAS, GLORIA ESTHER
PO BOX 1800
LAS PIEDRAS, PR  00771

USDA RUR DEV
PO BOX 66889
SAINT LOUIS, MO  63166


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677


BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100


CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614


CLARO
PO BOX 70366
SAN JUAN, PR  00936-8366


DPTO TRANSPORTACION Y OBRAS
PUBLICAS
BOX 41269
SAN JUAN, PR  00940-1269


INTLHOM PROD
PO BOX 363885
SAN JUAN, PR  00936-3885


ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369


LIBERTY CABLEVISION-PR
PO BOX 8759
CAGUAS, PR  00726-8759


MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674